Belfor USA Group Inc., d/b/a Belfor Property Restoration, a Colorado corporation, Plaintiff-Appellee, v. Anthony Riley and Tausha Riley, Defendants-Appellants. No. 19CA2264
Court of Appeals of Colorado, Second Division
December 16, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Douglas County District Court No. 18CV30209 Honorable Jeffrey
 K. Holmes, Judge
 
 
 
 OPINION
 
 
 
 DAVIDSON JUDGE [*]
 
 
 JUDGMENT
 AFFIRMED AND CASE REMANDED WITH DIRECTIONS
 
 
 
 Román and Welling, J.J ., concur.
 
 
 1